No. 44875.—Protests 31689-K (B), etc., of Hensel, Bruckmann & Lorbacher, Inc. (New York).

Opinion by EVANS, J.   It was stipulated that the merchandise consists of peat moss of the same character as that passed upon in *Peat Import Corp.* v. *United States* (4 Cust. Ct. 181, C. D. 319).   The claim for free entry under paragraph 1685 was therefore sustained.

No. 44876.—Protest 28769-K of Premier Peat Moss Corp. (Cleveland).

Opinion by EVANS, J.   It was stipulated that the merchandise consists of peat moss of the same character as that passed upon in *Peat Import Corp.* v. *United States* (4 Cust. Ct. 181, C. D. 319).   The claim for free entry under paragraph 1685 was therefore sustained.

No. 44877.—Protest 18772-K of Premier Peat Moss Corp. (Tampa).

Opinion by EVANS, J.   It was stipulated that the merchandise consists of peat moss of the same character as that passed upon in *Peat Import Corp.* v. *United States* (4 Cust. Ct. 181, C. D. 319).   The claim for free entry under paragraph 1685 was therefore sustained.

No. 44878.—Protests 6455-K, etc., of Hensel, Bruckmann & Lorbacher (New York).

Opinion by EVANS, J.   It was stipulated that the merchandise consists of peat moss of the same character as that passed upon in *Peat Import Corp.* v. *United States* (4 Cust. Ct. 181, C. D. 319).   The claim for free entry under paragraph 1685 was therefore sustained.

No. 44879.—Protest 6093-K of Premier Peat Moss Corp. (Norfolk).

Opinion by EVANS, J.   It was stipulated that the merchandise consists of peat moss of the same character as that passed upon in *Peat Import Corp.* v. *United States* (4 Cust. Ct. 181, C. D. 319).   The claim for free entry under paragraph 1685 was therefore sustained.

No. 44880.—Protests 6083-K/11952, etc., of Premier Peat Moss Corporation et al. (New Orleans).

Opinion by EVANS, J.   It was stipulated that the merchandise consists of peat moss of the same character as that passed upon in *Peat Import Corp.* v. *United States* (4 Cust. Ct. 181, C. D. 319).   The claim for free entry under paragraph 1685 was therefore sustained.

No. 44881.—Protests 1542-K (A), etc., of Premier Peat Moss Corp. (New York).

Opinion by EVANS, J.   It was stipulated that the merchandise consists of peat moss of the same character as that passed upon in *Peat Import Corp.* v. *United States* (4 Cust. Ct. 181, C. D. 319).   The claim for free entry under paragraph 1685 was therefore sustained.